1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6917

7 | Facsimile:  (415) 436-7234

8 | Attorneys for Plaintiff

9 |                          UNITED STATES DISTRICT COURT

10 |                       NORTHERN DISTRICT OF CALIFORNIA

11 |                            SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,           )       No.  3-06-70639 EDL
                                         )
14 |         Plaintiff,                   )       [PROPOSED] ORDER AND STIPULATION
                                         )       WAIVING TIME UNDER RULE 5.1 AND
15 |     v.                              )       EXCLUDING TIME FROM OCTOBER 11,
                                         )       2006 TO OCTOBER 24, 2006 FROM THE
16 | FRANK LOUIS SMEDILE,               )       SPEEDY TRIAL ACT CALCULATION
                                         )       (18 U.S.C. § 3161(h)(8)(A))
17 |         Defendant.                   )
                                         )
18 |

19 |        The parties appeared before the Honorable Nandor J. Vadas on October 4, 2006 and

20 | October 11, 2006.  With the agreement of the parties, and with the consent of the defendant, the

21 | Court enters this order (1) scheduling a status hearing date of October 24, 2006 at 9:30 a.m.,

22 | before the Honorable Elizabeth D. Laporte; (2) documenting the defendant's waiver of time

23 | limits under Federal Rule of Criminal Procedure 5.1; and (3) documenting the exclusion of time

24 | under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from October 11, 2006 to October 24,

25 | 2006.  The parties have agreed, and the Court finds and holds, as follows:

26 |        1.   The defendant waived the time limits for a preliminary hearing under Federal Rule of

27 | Criminal Procedure 5.1.  Failure to grant the requested continuance would unreasonably deny

28 | both defense and government counsel reasonable time necessary for effective preparation, taking

STIPULATION AND ORDER
3-06-70639 EDL

into account the need to review the universe of electronic evidence in the case prior to charging the case and negotiating a possible disposition, and would deny the defendant continuity of counsel.

2. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case before October 24, 2006. The parties expect to discuss the possibility of a pre-indictment resolution of the case.

3. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant and the government continuity of counsel.

4. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 11, 2006 to October 24, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 11, 2006 to October 24, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a new status date of October 24, 2006, at 9:30 a.m., before the Honorable Elizabeth D. Laporte. The preliminary hearing/arraignment date will be scheduled at that time.

IT IS SO STIPULATED.


DATED: October 25, 2006                              _____/S/_____
                                                     TRACIE L. BROWN
                                                     Assistant United States Attorney


DATED: October 20, 2006                              _____/S/_____
                                                     DANIEL BLANK
                                                     Attorney for FRANK LOUIS SMEDILE

STIPULATION AND ORDER
3-06-70639 EDL                              2

1       IT IS SO ORDERED.

2

3   DATED: _____October 30, 2006_____

4   _____ VADAS

    Judge Elizabeth D. Laporte   Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
3-06-70639 EDL                    3