KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-06-70639 EDL |
|     Plaintiff, | [~~PROPOSED~~] ORDER AND STIPULATION WAIVING TIME UNDER RULE 5.1 AND EXCLUDING TIME FROM OCTOBER 24, 2006 TO NOVEMBER 14, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| FRANK LOUIS SMEDILE, | |
|     Defendant. | |

    The parties appeared before the Honorable Elizabeth D. Laporte on October 24, 2006. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a preliminary hearing date of November 14, 2006 at 9:30 a.m., before the Honorable Edward M. Chen; (2) documenting the defendant's waiver of time limits under Federal Rule of Criminal Procedure 5.1; and (3) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from October 24, 2006 to November 14, 2006. The parties have agreed, and the Court finds and holds, as follows:

    1.  The defendant waived the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Failure to grant the requested continuance would unreasonably deny both defense and government counsel reasonable time necessary for effective preparation, taking

STIPULATION AND ORDER
3-06-70639 EDL

1  into account the need to review the universe of electronic evidence in the case prior to charging
2  the case and negotiating a possible disposition, and would deny the defendant continuity of
3  counsel.

4      2. Counsel for the defense believes that postponing the preliminary hearing is in his
5  client's best interest, and that it is not in his client's interest for the United States to indict the
6  case before November 14, 2006.  The parties expect to discuss the possibility of a pre-indictment
7  resolution of the case.

8      3.  The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to
9  grant the requested continuance would unreasonably deny both government and defense counsel
10 reasonable time necessary for effective preparation, taking into account the exercise of due
11 diligence, and would deny the defendant and the government continuity of counsel.

12     4.  Given these circumstances, the Court found that the ends of justice served by
13 excluding the period from October 24, 2006 to November 14, 2006, outweigh the best interest of
14 the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

15     5.  Accordingly, and with the consent of the defendant, the Court ordered that the period
16 from October 24, 2006 to November 14, 2006, be excluded from Speedy Trial Act calculations
17 under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

18     4.  The Court scheduled a new preliminary hearing/arraignment date of November 14,
19 2006, at 9:30 a.m., before the Honorable Edward M. Chen.

20 IT IS SO STIPULATED.

22 DATED: December 15, 2006                    /S/
                                              TRACIE L. BROWN
23                                            Assistant United States Attorney

25 DATED: Decmeber 15, 2006                    /S/
                                              SETH CHAZIN
26                                            Attorney for FRANK LOUIS SMEDILE

STIPULATION AND ORDER
3-06-70639 EDL                              2

1    IT IS SO ORDERED.

3    DATED: _____December 18, 2006_____

THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

