Case 3:06-mj-70639-MAG   Document 16   Filed 03/19/2007   Page 1 of 2

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division

4  TAMARA WEBER (ILSBN 6270925)
   Special Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6838
7      Facsimile: (415) 436-7234
       E-Mail: tamara.weber@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 06-70639
                                     )
14          Plaintiff,                )
                                     )
15     v.                            )   MOTION AND [~~PROPOSED~~] ORDER TO
                                     )   DISMISS COMPLAINT
16  FRANK LOUIS SMEDILE,             )
                                     )
17          Defendant.                )
                                     )
18  _____  )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above complaint

21  without prejudice.

22  DATED: 3/19/07                        Respectfully submitted,

23                                        SCOTT N. SCHOOLS
                                          United States Attorney
24

25                                         /s/ Tamara Weber
                                          TAMARA WEBER
26                                        Special Assistant United States Attorney

27

28


NOTICE OF DISMISSAL (CR 06-70639)

1  Leave is granted to the government to dismiss the complaint without prejudice.

2

3  Date: __March 19, 2007__



THE HON. JOSEPH C. SPERO
United States Magistrate Judge

2