**SETH P. CHAZIN (CSBN 133777)**
Attorney at Law
1164 Solano Avenue
Albany, CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 525-0087

Attorney for FRANK LOUIS SMEDILE

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

| | |
|---|---|
| United States of America, | No. CR06-70639 |
| Plaintiff, | |
| vs. | ORDER EXONERATING PROPERTY BOND AND |
| Frank Louis Smedile, | RETURNING PASSPORT |
| Defendant. | |

Upon application of the defendant, FRANK L. SMEDILE, following the dismissal of the instant case, AND GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the $500,000 property bond posted by the defendant is hereby exonerated and the defendant's passport shall be returned to him forthwith.

Dated: 3/26/7

JOSEPH
UNITED STATES DISTRICT JUDGE

*Judge Joseph C. Spero*

3